## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | Case Number: 1:10-cv-00295 |
| Plaintiff, | ) ) | Judge: Honorable James F. Holderman |
| v. | ) ) | Magistrate: |
| SCHAWK, INC. | ) ) | |
| Defendant. | ) ) | **DEMAND FOR JURY TRIAL** |

### DISCLOSURE OF ST. PAUL MERCURY INSURANCE COMPANY PURSUANT TO LOCAL RULE 3.2

St. Paul Mercury Insurance Company ("St. Paul"), files this disclosure pursuant to United States District Court, Northern District of Illinois, Local Rule 3.2:

Plaintiff St. Paul Mercury Insurance Company is 100% owned by St. Paul Fire and Marine Insurance Company, which is owned 100% by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Respectfully submitted,

By: ___s/ David M. Holmes___

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

**ATTORNEYS FOR PLAINTIFF
ST. PAUL MERCURY INSURANCE COMPANY**

James K. Thurston
David M. Holmes
Wilson Elser Moskowitz
   Edelman & Dicker, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522
e-mail: James.Thurston@wilsonelser.com
       David M. Holmes@wilsonelser.com

670877.1